UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-767 |
| v. | : | |
| JANET LEE BLISSITT | : | <u>SUBSTITUTION OF ATTORNEY</u> |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Ingrid Eicher, Assistant United States Attorney (ingrid.eicher@usdoj.gov), in substitution for Hyungjoo Han, Assistant United States Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

By:  Ingrid Eicher
Assistant United States Attorney

Dated: November 29, 2023