# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge:** __Esther Salas__

**Date:** __May 16, 2024__

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

**Title of Case:**

U.S.A. v. JANET LEE BLISSITT

Docket # __Cr. 23-767 (ES)__

**Appearances:**

David Malagold, AUSA, for the govt.
Jonathan Friedman, Esq., for the deft.
Rebekah Dawson, U.S. Probation Office.

**Nature of Proceedings:**   SENTENCE HEARING

Conference with counsel and probation.
In the courtroom and on record.
Defendant present.
Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 16 months.
Supervised release for a term of 3 years.

**Special Conditions**

1. FINANCIAL DISCLOSURE
2. NEW DEBT RESTRICTIONS
3. MENTAL HEALTH TREATMENT
4. VICTIM (NO CONTACT)
5. OTHER

Restitution: $3,073,321 due immediately.
Fine waived.
Special Assessment: $100.00 due immediately.
Defendant advised of her rights to appeal.
Self-Surrender: July 15, 2024.

Time Commended: 11:30 a.m.
Time Adjourned:  1:45 p.m.
Total Time: 2.15

Elisaveta Kalluci
Deputy Clerk