UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,   Hon. Salas

                        Case Number: 23-767-(ES)

        Plaintiff,

vs.

JANET LEE BLISSITT,

        Defendant.
_____/

**NOTICE OF TEMPORARY CHANGE OF ADDRESS
FOR (2) TWO DAYS TO HAVE HOME FUMIGATED FOR TERMITES**

COMES NOW, the Defendant, JANET LEE BLISSITT, by and through her undersigned attorney and files this Notice of Temporary Change of Address for only (2) two days to have home fumigated:

1. The Defendant was charged with wire fraud in the above-styled case, in violation of 18 U.S.C. 1343. The Defendant was sentenced on May 16, 2024, to a term of 16 months imprisonment. The Defendant is ordered to surrender on July 14, 2024.

2. The Defendant is currently being supervised by pretrial and in full compliance with all terms and conditions.

3. The Defendant, who resides at 5321 S.W. 28th Ave., Fort Lauderdale, Florida 33312, has scheduled her home to be fumigated for termites on June 5 and 6, 2024. The Defendant will be temporarily staying at a hotel a few miles from her home during these dates. All documents, including the contract with the Pest Control Company and Hotel itinerary, have been provided to PreTrial Services Officer Nelson Valenzuela in advance of service.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR JANET LEE BLISSITT
101 N.E. 3RD AVE.
SUITE 1500
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (754) 301-5109

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 3, 2024, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, Department of Justice, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.